**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Saul VERDIN–LOPEZ, Defendant— Appellant.**

**No. 07–10589.**

United States Court of Appeals, Ninth Circuit.

Submitted June 16, 2009.*

Filed June 30, 2009.

. Claire Kiehl Lefkowitz, Esq. Fax, Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff– Appellee.

Raymond Vincent Panzarella, Law Of- fices of Raymond V. Panzarella, Tucson, AZ, for Defendant–Appellant.

Before: PAEZ, TALLMAN, and N.R. SMITH, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**MEMORANDUM** **

Saul Verdin–Lopez appeals from his guilty-plea conviction and 37–month sen- tence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Pursu- ant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ver- din–Lopez's counsel has filed a brief stat- ing there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se sup- plemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to with- draw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

** This disposition is not appropriate for publi- cation and is not precedent except as provid- ed by 9th Cir. R. 36–3.